```
_____ FILED     _____ LODGED
                _____ RECEIVED

NOV 1 2 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DISCOVERORG, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>C.A.M.P. CONFERENCES, INC.,<br><br>        Defendant. | Case No. 3:15-cv-05716-RBL<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DiscoverOrg, LLC hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to all defendants.

DATED: November 10, 2015

                     Respectfully submitted,

IT IS SO ORDERED THIS 12th DAY OF November, 2015

/s/ [signature]
UNITED STATES DISTRICT COURT JUDGE

                     By /s/ Anthony M. Stark
                     Anthony M. Stark, WSBA No. 48776
                     General Counsel
                     DiscoverOrg, LLC
                     805 Broadway St., Suite 900
                     Vancouver, WA 98660
                     360.718.5635
                     anthony.stark@discoverorg.com

                     Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL             ANTHONY M. STARK
No. 3:15-cv-05716-RBL                   DISCOVERORG, LLC
                                 805 BROADWAY ST., SUITE 900
                                 VANCOUVER, WA 98660
                                 360.718.5635